# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MARGIE CROWDER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV413-276 |
| I-SCREM, LLC, | ) |
| Defendant. | ) |

## ORDER

This case has been sitting inactive on the Court's docket for nine months after discovery ended on October 20, 2014. Doc. 13 at 2. Within 14 days of the date this Order is served, plaintiff shall show why the Court should not administratively close this case without prejudice to the right of any party with standing to reopen it. *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("[A]dministrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

**SO ORDERED** this 30th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA