# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MARGIE CROWDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV413-276 |
| I-SCREM, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER

On July 31, 2015 the Court ordered plaintiff Margie Crowder to show why this case should be administratively closed on inactivity and, thus, abandonment grounds. Doc. 16; *see* Fed. R. Civ. P. 41(b); Loc. R. 41.1(c). She timely responded, stating that her counsel lost contact with her "for a time" in late 2014, settlement negotiations proceeded after she resurfaced, but now defense counsel cannot locate the defendant. *Id.* at 1-2. Crowder therefore wants the case to remain active. In fact, she asks the Court to set a trial date. *Id.* at 2. In light of plaintiff's show-cause response, and Fed. R. Civ. P. 1's admonition to administer the rules "to secure the . . . speedy . . . determination of every action," the parties are **DIRECTED** to file a "Proposed Consolidated Pretrial Order," using the

pretrial order form for Chief Judge Wood that is available on the Court's website.[1]

**SO ORDERED** this 12TH day of August, 2015.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] *See* http://www.gasd.uscourts.gov/pdf/consolidated_pretrial_order_AAA_LGW.pdf.